# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 911 NOTIFY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-273-LPS |
| | ) |
| FORD MOTOR COMPANY, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITHOUT COURT ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff 911 Notify, LLC ("911 Notify") and Defendant Ford Motor Company ("Ford"), by and through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

STIPULATED AND AGREED this 4th day of October, 2013.

| | |
|---|---|
| BAYARD, P.A. | MORRIS JAMES LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ Mary Matterer* |
| Richard D. Kirk (#0922) | Mary Matterer |
| Stephen B. Brauerman (#4952) | 500 Delaware Avenue, Suite 1500 |
| Vanessa R. Tiradentes (#5398) | P.O. Box 2306 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19899-2306 |
| P.O. Box 25130 | (302) 888-6800 |
| Wilmington, DE 19899 | mmatterer@morrisjames.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendant, Ford Motor Company* |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |

*Attorneys for Plaintiff, 911 Notify, LLC*