AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __for the District of Delaware__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 13-273 | DATE FILED 2/19/2013 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>911 Notify, LLC | | DEFENDANT<br>Ford Motor Company |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,775,356 | 8/10/2004 | 911 Notify, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation of Voluntary Dismissal |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John A. Cerino | | 10-7-13 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 911 NOTIFY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 13-273-LPS |
| | ) |
| FORD MOTOR COMPANY, | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL
## WITHOUT COURT ORDER PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff 911 Notify, LLC ("911 Notify") and Defendant Ford Motor Company ("Ford"), by and through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorney fees.

STIPULATED AND AGREED this 4th day of October, 2013.

| | |
|---|---|
| BAYARD, P.A. | MORRIS JAMES LLP |
| | |
| */s/ Stephen B. Brauerman* | */s/ Mary Matterer* |
| Richard D. Kirk (#0922) | Mary Matterer |
| Stephen B. Brauerman (#4952) | 500 Delaware Avenue, Suite 1500 |
| Vanessa R. Tiradentes (#5398) | P.O. Box 2306 |
| 222 Delaware Avenue, Suite 900 | Wilmington, DE 19899-2306 |
| P.O. Box 25130 | (302) 888-6800 |
| Wilmington, DE 19899 | mmatterer@morrisjames.com |
| (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendant, Ford Motor Company* |
| sbrauerman@bayardlaw.com | |
| vtiradentes@bayardlaw.com | |
| | |
| *Attorneys for Plaintiff, 911 Notify, LLC* | |